MATTHEW E. LILLY, SBN 218143
mlilly@fwtrl.com
FINLAYSON WILLIAMS TOFFER
ROOSEVELT & LILLY LLP
15615 Alton Parkway, Suite 250
Irvine, California 92618
Phone:  949.759.3810 / Fax:  949.759.3812

Attorneys for Plaintiff
U.S. Bank National Association

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – SPRING STREET

| | |
|---|---|
| U.S. Bank National Association,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>David Alan Boucher, an individual, Ruben Heredia, an individual, The Roberto Vargas Cestui Que Trust, and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. EDCV12-1320-GW(DTBx)<br><br>Hon. George H. Wu<br>Courtroom 10<br><br>**JUDGMENT IN FAVOR OF U.S. BANK NATIONAL ASSOCIATION**<br><br>Hearing:<br>Date:　　　June 27, 2013<br>Time:　　　8:30 a.m.<br>Location:　　Courtroom 10<br><br>Complaint Filed:  August 8, 2012<br>Trial Date:  August 6, 2013 |
| Ruben Heredia,<br><br>　　　　　　　Counter Plaintiff,<br><br>　vs.<br><br>U.S. Bank National Association; United States; DOES 1 through 10,<br><br>　　　　　　　Counter Defendants. | |

1  This action having come for hearing on the following motions filed by U.S.
2  Bank National Association ("U.S. Bank"):

- Motion for Summary Judgment against Ruben Heredia
- Motion for (1) Default Judgment Against David Boucher on Slander of Title and Cancellation of Instruments Claims [FRCP 55]; and (2) Judgment Against David Boucher and The Roberto Vargas Cestui Que Trust on Quiet Title Claim [CCP § 764.010]

The Court having granted both Motions in favor of U.S. Bank,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered for U.S. Bank as follows:

1. Judgment is entered in favor of U.S. Bank on its slander of title claim against Defendants Ruben Heredia ("Heredia") and David Boucher ("Boucher"), jointly and severally, in the amount of $91,974.56.

2. Judgment is entered in favor of U.S. Bank on its cancellation of instruments claim against Heredia and Boucher, and the document recorded on June 4, 2012 in the Official Records Recorder's Office, Los Angeles County, Document No. 21020829844, titled "Grant Deed," including all exhibits thereto, is cancelled and deemed void.

3. Judgment is entered in favor of U.S. Bank against all Defendants (Heredia, Boucher, and The Roberto Vargas Cestui Que Trust) on U.S. Bank's quiet title claim, and title to the subject property, commonly known as 13777 De Garmo Avenue, Sylmar, California 91342, the legal description of which is:

> LOT 30 OF TRACT NO. 31189, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 879 PAGES 46 TO 49 INCLUSIVE, OF

//

//

1

1 | MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID
2 | COUNTY.
3 | is hereby quieted in favor of U.S. Bank.

5 | DATED: October 15, 2013

_____
The Honorable George H. Wu
United States District Judge

2